IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
HATTIESBURG DIVISION

CHRISTOPHER HENSLEY and
LAURIN SUZANNE HENSLEY
    PLAINTIFFS

VERSUS                                                                       CIVIL ACTION
NO. 2:13-cv-00003-KS-MTP

BULK TRANSPORTATION and
TRACY G. MARBLES, Individually
    DEFENDANTS

## CORPORATE DISCLOSURE STATEMENT OF BULK TRANSPORTATION

COMES NOW, Defendant, Bulk Transportation, by and through its attorneys of record, Dukes, Dukes, Keating & Faneca, P.A. and files this their Corporate Disclosure Statement pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure and Local Rule 7.4, and in support thereof respectfully submits the following:

1.

Bulk Transportation is a California Corporation with its principle place of business in Walnut, California.

2.

Bulk Transportation is a privately held corporation which has been in continuous operation under the same ownership since 1958.

Respectfully submitted, this the 25 day of JAN., 2013.

BULK TRANSPORTATION

BY:   DUKES, DUKES, KEATING & FANECA, P.A.

BY:   /s/          *Walter          W.          Dukes*
      _____
      WALTER W. DUKES
      MATTHEW M. WILLIAMS

WALTER W. DUKES (MSB # 6214)
MATTHEW M. WILLIAMS (MSB# 102541)
DUKES, DUKES, KEATING & FANECA, P.A.
2909 13th Street, Sixth Floor
Post Office Drawer W (39502)
Gulfport, Mississippi   39501
Telephone:   (228) 868-1111
Facsimile:   (228) 863-2886

**VERIFICATION**

I, GEORGE G CROSS, Chief Executive Officer of Bulk Transportation, certify that the information contained in the above and foregoing corporate disclosure are true and correct to the best of my knowledge and belief.

1-25-13.

*[signature]*

Chief Executive Officer
Bulk Transportation
415 Lemon Avenue
Walnut, California 91789

Personally appeared before me, the authority in and for the said jurisdiction, the within named affiant, _____, who acknowledged that he/she is the Chief Executive Officer for Bulk Transportation and that in said capacity he/she stated on his/her oath, after having been first authorized to do so, that the matters and things stated in the above and foregoing Corporate Disclosure Statement are true and correct as therein stated, to the best of his/her knowledge and belief.

Given under my hand and official seal, this the _____ day of _____, 2013.

_____
Notary Public

*see attached jurat*

My Commission Expires:

October 30, 2014

# CALIFORNIA JURAT WITH AFFIANT STATEMENT

☑ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–5 to be completed only by document signer[s], *not* Notary)

_____
Signature of Document Signer No. 1

_____
Signature of Document Signer No. 2 (if any)

State of California
County of _Los Angeles_

Subscribed and sworn to (or affirmed) before me on this
_25TH_ day of _January_, 20_13_, by
(1) _George G Cross_,
Name of Signer

proved to me on the basis of satisfactory evidence
be the person who appeared before me (.) ☒

(and
(2) _____,
Name of Signer

proved to me on the basis of satisfactory evidence
be the person who appeared before me.)

Signature _Sherri Keir_
Signature of Notary Public

**SHERRI KEIR**
Commission # 1906994
Notary Public - California
Los Angeles County
My Comm. Expires Oct 30, 2014

Place Notary Seal Above

---------- **OPTIONAL** ----------

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Further Description of Any Attached Document**

Title or Type of Document: _verification, Corporate Disclosure Statement of Buck Transportation_

Document Date: _1/25/13_   Number of Pages: _3_

Signer(s) Other Than Named Above: _Walter W Dukes_

| RIGHT THUMBPRINT OF SIGNER #1 | RIGHT THUMBPRINT OF SIGNER #2 |
|---|---|
| Top of thumb here | Top of thumb here |

©2007 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org   Item #5910   Reorder: Call Toll-Free 1-800-876-6827